**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00153-CR

### JOSHUA CORNELL SKINNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-20176-Q**

## ORDER

Before the Court is appellant's July 12, 2017 motion for the clerk to produce a corrected copy of the record. In the motion, appellant states there is no formal clerk's record on file in this case and he is unable to file his brief because of the missing record.

A review of this appeal shows a one-hundred-twenty-two-page clerk's record was filed March 23, 2017. On April 6, 2017, a supplemental clerk's record containing the trial court's certification of appellant's right to appeal was filed. On May 31, 2017, a duplicate one-hundred-twenty-two-page clerk's record was filed. On June 21, 2017, the district clerk filed an amended clerk's record, containing 134 pages. Two days later, the 3rd and 4th supplemental clerk's records were filed which included documents already contained in the April 6 supplemental clerk's record and the June 21 clerk's record. Thus, the appeal contained six clerk's records,

most of which were in excess of one hundred pages and consisted of duplicate filings. In light of this, the Court issued an order on June 27, 2017, striking all of the clerk's records <u>except</u> the April 6, 2017 supplemental clerk's record containing the trial court's certification of appellant's right to appeal and the June 21, 2017 one-hundred-thirty-four-page clerk's record which includes the trial court's charge to the jury on guilt/innocence and punishment.

Appellant raises two issues in his motion. First, he claims there is no formal clerk's record on file; however, in light of our June 27 order, the June 21, 2017 one-hundred-thirty-four-page clerk's record, as supplemented by the April 6 supplemental clerk's record, is the formal clerk's record on file.

Next, appellant contends the June 21, 2017 clerk's record contains incorrect copies of the jury charge. We have compared the copies of the trial court's instructions to the jury on guilt/innocence and punishment contained in our June 21, 2017 clerk's record with the January 17, 2017 OnBase documents entitled "Jury Charge – Verdict" and "Jury Charge – Punishment." The documents appear to be identical.

Therefore, we **DENY** as moot appellant's request that we order the district clerk to produce a corrected copy of the clerk's record. To the extent appellant believes the copies of the trial court's instructions to the jury on guilt/innocence and punishment contained in our June 21, 2017 clerk's record are incorrect copies, he may file a request with the Dallas County District Clerk to file a supplemental clerk's record containing the correct copies.

We **ORDER** appellant's brief due on or before July 31, 2017.


/s/    ADA BROWN
        JUSTICE